# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                            CASE NO.  3:94cr03136-03/RV

MARIO EUGENE PRIDE

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   December 1, 2008

Motion/Pleadings:  Corrected Motion to Reduce Sentence pursuant to 18 USC 3582

Filed by   Defendant        on 11/21/2008       Doc.#    383

RESPONSES:

   None        on        Doc.#

               on        Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

   s/Jerry Marbut

LC (1 OR 2)       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  18th   day of  June          , 2009, that:*

*(a) The relief requested is DENIED.*

*(b) See separate order.  (AO247)*

                                                                  /s/ *Roger Vinson*

                                                                       *ROGER VINSON*
                                          *Senior United States District Judge*