UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: 3:94cr3136/RV/CJK
  3:15cv7/RV/CJK

MARIO EUGENE PRIDE,

    Defendant.
_____/

REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Defendant commenced this action by filing an amended motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (ECF No. 525). By order of this court dated August 2, 2017, Defendant had twenty-one (21) days to show cause why his amended motion should not be dismissed in light of his release from incarceration in July 2016. (ECF No. 534). The court ordered Defendant to notify the court of his current address or to file a notice of voluntary dismissal. Defendant failed to respond to this order, and the time for compliance with the show cause order has now elapsed.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

At **Pensacola, Florida,** this 29th day of August, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case Nos.: 3:94cr3136/RV/CJK; 3:15cv7/RV/CJK