# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case Nos.: 3:94cr3136/RV/CJK
       3:15cv7/RV/CJK

**MARIO EUGENE PRIDE,**

   **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 29, 2017 (doc. 535). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	This case is **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

**DONE AND ORDERED** this 3rd day of October, 2017.

/s/ *Roger Vinson*<br>
**ROGER VINSON**<br>
**SENIOR UNITED STATES DISTRICT JUDGE**